UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81138-CIV-COHN/SELTZER

UNITED STATES OF AMERICA ex rel. JAMES
G. BEEKMAN,

    Plaintiff,

v.

INDYMAC FEDERAL BANK, F.S.B. f/k/a
INDYMAC BANK, F.S.B., INDYMAC
MORTGAGE SERVICES, ONE WEST BANK,
FSB, FEDERAL HOME LOAN MORTGAGE
CORPORATION GEORGE SAROS,

    Defendants.
_____/

## ORDER UNSEALING AMENDED RELATOR'S COMPLAINT

**THIS CAUSE** is before the Court *sua sponte*. On January 9, 2015, the Court granted Defendant OneWest Bank N.A.'s Motion to Dismiss Amended Complaint [DE 86] and dismissed Plaintiff's Amended Complaint with leave to amend. DE 93. This case is a *qui tam* action under the False Claims Act, 31 U.S.C. § 3729, *et seq.* A plaintiff amending a complaint in such an action may be required to submit his amended pleading under seal to the Government for an intervention determination if the document adds new claims or substantially different factual allegations. See United States ex rel. Brooks v. Stevens-Henager College, Inc., No. 13-00009, 2014 U.S. Dist. LEXIS 92562 at *6–8 (D. Idaho July 7, 2014). The Court thus directed Plaintiff to file any second amended complaint under seal, so that the Court would have the opportunity to ascertain whether the new pleading should remain sealed for forwarding to the Government. DE 93 at 5. Upon review of the Amended Relator's Complaint [DE 95], the

Court finds that the amended pleading does not add new claims or substantially different allegations that would require submission of the document to the Government for an intervention determination.

Accordingly, the Clerk of Court is directed to **UNSEAL** the Amended Relator's Complaint [DE 95].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of February, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF